UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN MATTHEW GAYDEN, JR,

                Plaintiff,

-against-

SACKLER FAMILY,

                Defendant.

22-CV-5918(LTS)

CIVIL JUDGMENT

For the reasons stated in the October 6, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 6, 2022
          New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge